## 27976. MUSE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Herbert A. Muse, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

